FILED
2017 Sep-25 PM 02:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

FILED
2017 SEP 22 A 11: 06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

Brice M Hutchings III
Plaintiff
*(Write your full name. No more than one plaintiff may be named in a complaint.)*

-v-

Case No. ______________________
*(to be filled in by the Clerk's Office)*

Blountsville police department
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)*

**2:17-cv-01636-CLS-JEO**

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

## I. The Parties to this Complaint

### A. The Plaintiff

Provide the information below for the plaintiff named in the complaint.

Name: Brice Hutchings

All other names by which you have been known:

ID Number: 2317

Current Institution: Blount county

Address: 225 Industrial Park Road

Oneonta (City) AL (State) 35121 (Zip Code)

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Blountsville police department

Job or Title *(if known)*

Shield Number

Employer

Address

Blountsville (City) AL (State) 35031 (Zip Code)

☑ Individual Capacity ☑ Official Capacity

Defendant No. 2

Name

Job or Title *(if known)*

Shield Number

Employer

Address

City State Zip Code

☐ Individual Capacity ☐ Official Capacity

Defendant No. 3

Name ______________________________

Job or Title *(if known)* ______________________________

Shield Number ______________________________

Employer ______________________________

Address ______________________________

______________________________

*City* ____ *State* ____ *Zip Code* ____

☐ Individual Capacity ☐ Official Capacity

Defendant No. 4

Name ______________________________

Job or Title *(if known)* ______________________________

Shield Number ______________________________

Employer ______________________________

Address ______________________________

______________________________

*City* ____ *State* ____ *Zip Code* ____

☐ Individual Capacity ☐ Official Capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federa; law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

when we were pullover I was pull out the pass side of A friend car Head first wit my Head being slam Aguist The Hood of my friends car multiple times And Put in hand cuff And took down the road And put out the ~~car~~ portor l unity I Have witness

C. Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

All of them Had Been violated on That night They put me in Hand cuff I didn't Have A warrent At that time Are Anything

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Put me in cuff And in His car with out my consent And leave me to have to walk Home

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial Detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☒ Other *(explain)* waiting to go before court

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Cleveland AL 35049 Can't remember tha date But i can get it. But it Happen in cleveland city limits And they were Blountsville police

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

C. What date and approximate time did the events giving rise to your claim(s) occur?

I reAlly dont remember The dAte I know It wAs At night They should Have tha date At The JAil ThA second Time They Arrest me.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Me And my gurlfriend And one of Her friends And Her dather Seen ThA officer slAm my HeAd on To ThA Hood of our cAr that she wAs driven multiple time And seen me.

**V. Injuries**

If you sustained injuries related ot the events alleged above, describe your injuries in detail.

my HeAd wAs Hurtin For weeks And my nerves WAS messed up the whole time Afterward I couldn't beleave wat Had Happen didn't wAnt To go to ThA ER At that time didn't wAnt round with those officers

**VI. Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

For pAin And Suffering And compensation And ThAt I spend in JAil due to All of this For my Friends dather seein All of this now she has in her mind that All police are bad And It is not right for them to did me And my gurl Friend like This And if they got Away wit it one time they will do it Again. And I'm wAnt to sue for pAin And suffering, And For wat They did to me I didn't even HAve A wArrant Are AnyThing. And They were out of there city limits when they did all of this

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1982 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

- ☐ Yes
- ☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

____________________________________________

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

- ☐ Yes
- ☐ No
- ☑ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

- ☐ Yes
- ☐ No
- ☑ Do not know

If yes, which claim(s)?

____________________________________________

____________________________________________

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

_______________________________________________

2. What did you claim in your grievance?

_______________________________________________

3. What was the result, if any?

_______________________________________________

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

didn't know i need to file one And my case is still pending WAS worry About Them Try to go harder on me with my case

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

Haven't told Any one

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Just stress And Being AwAy from my kids And Just Thinkin About the way I was done

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☐ Yes

☒ No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) ____________________________________

   Defendant(s) ____________________________________

2. Court *(if federal court, name the district; if state court, name the county and State)*

   ________________________________________________

3. Docket or index number

   ________________________________________________

4. Name of Judge assigned to your case

   ________________________________________________

5. Approximate date of filing lawsuit

   ________________________________________________

6. Is the case still pending?

   ☐ Yes

   ☐ No

If no, give the approximate date of disposition. __________________________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   ________________________________________________

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

Printed Name of Plaintiff: Brice M Hutchings III

Prison Identification #: 2317

Prison Address: 225 industrail Park Rd

oneonta | AL | 35121

City | State | Zip Code

Date of signing: 9-8-17

Brice M Hutchings III

Signature of Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9-8-17

(Date)

Brice Hutchings III

Signature of Plaintiff